**Order filed August 9. 2022**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-21-00128-CV
_____

**CITY OF HOUSTON, Appellant**

**V.**

**JIMMIE LEE JONES JUNIOR, Appellee**

---

**On Appeal from the Co Civil Ct at Law No 4**
**Harris County, Texas**
**Trial Court Cause No. 1158605**

---

## ORDER

This court has determined, pursuant to Texas Rule of Appellate Procedure 34.5(f) and 34.6(g)(2), that it must inspect the original of **Exhibit C attached to Plaintiff's Response to Defendant's Motion for Traditional Summary Judgment.**

The clerk of the Co Civil Ct at Law No 4 is directed to deliver to the Clerk of this court the original of Exhibit C attached to Plaintiff's Response to Defendant's Motion for Traditional Summary Judgment., on or before **August 16. 2022.** The Clerk of this court is directed to receive, maintain, and keep safe this original exhibit; to deliver it to the justices of this court for their inspection; and, upon completion of inspection, to return the original of Exhibit C attached to Plaintiff's Response to Defendant's Motion for Traditional Summary Judgment., to the clerk of the Co Civil Ct at Law No 4.

PER CURIAM

Panel Consists of Justices Jewell, Spain, and Hassan.